# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia
## Waycross Division

In re:  
**Glendine Maddox,**  
   Debtor.

Case No.: 24−50516−MJK

Judge: Michele J Kim

Chapter: 13

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

Notice is hereby given that a hearing to consider the **Motion for Relief from Stay** filed by **Servbank, SB** will be held on:

May 21, 2025, at 10:00 AM  
U. S. Courtroom, 3rd Floor, Federal Building, 601 Tebeau Street, Waycross, GA 31501

*Within seven (7) days after the date of this notice, the movant/movant's attorney is directed to serve a copy of the motion, together with a copy of this notice, on the trustee, debtor, debtor's attorney, U.S. Trustee (except in Chapter 13 cases) and on those persons specified by the Bankruptcy Rules. A certificate of service shall be filed with the Court immediately thereafter.*

Pursuant to General Order 2017−1, attorneys are required to utilize the Court's Order on Motion for Relief from Stay (Local Form B−55) in Chapter 13 cases and consumer Chapter 7 cases. The B−55 order form is located on the Court's website at www.gasb.uscourts.gov/local−forms.

*Dana M. Wilson, Clerk*  
United States Bankruptcy Court  
801 Gloucester St, Rm 314  
Brunswick, GA 31520

Dated: **April 25, 2025**

## ORDER

    Pursuant to 11 U.S.C. Section 362(e), the automatic stay under 11 U.S.C. §362 is hereby continued and shall remain in full force and effect pending the final ruling on the motion, unless movant files an objection to any such extension prior to service of the motion.



Michele J Kim  
United States Bankruptcy Judge  
801 Gloucester St, Rm 314  
Brunswick, GA 31520

Dated: **April 25, 2025**  
*GASB−35 [7/24]* **RED**