# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**GLENDINE MADDOX**

Case No.: **24-50516-MJK**
Judge: Michele J. Kim
Chapter: 13

Debtor(s)

## ORDER ON MOTION FOR RELIEF FROM STAY
(Official Local Form B-55)

MOVANT: **Deere & Company**

SUBJECT PROPERTY: 2022 John Deere 1023E Tractor (Serial Number ending 3947); and 2022 John Deere 54D Mower (Serial Number ending 0427) (Deere Collateral)

After notice and a hearing the Motion is ordered:

☒ Granted

☐ The Trustee will discontinue distribution on the movant's claim and reduce movant's claim to the amount paid if no amended claim is filed within _____ days of this order.

☐ The Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

☐ Continued to _____ at _____ ☐ am ☐ pm

☐ Continued. The Motion will not be reassigned until a minimum of seven (7) days after Movant files and serves a Request for Assignment of Continued Hearing. That request shall not be filed until discovery is complete, including, if applicable, providing a post-petition payment history to opposing counsel.

☐ Denied.

☐ Denied on the condition that:

   ☐ The Debtor shall make timely post-petition payments to Movant as required by the Chapter 13 plan.

   ☐ The Debtor shall tender payments to Movant or take other action as follows:

   Post-petition arrearage is _____ through the _____ payment due date, plus attorney's fees of _____ and court costs of _____ for a total arrearage of _____.

☐ Debtor shall pay to Movant the sum of _____ on or before _____ which sum shall be applied to the above-referenced total arrearage.

☐ Debtor shall cure the foregoing arrearage in full by making additional monthly payments to the Movant in the sum of _____ per month beginning _____ and continuing on the _____ day of each successive month thereafter, with a final additional payment of _____ being due on or before _____.

☐ Debtor shall recommence making regular monthly payments to Movant, as same come due under the applicable loan documents, including any insurance premiums which may come due thereunder, (subject to adjustment if provided in the contract) beginning _____, and maintain current monthly payments thereunder for the pendency of this case. All payments must include the last four digits of the account number _____ and shall be sent to the following address, depending on the type of payment:

STRICT COMPLIANCE IS ORDERED as follows:

☐ That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon the debtor and debtor's attorney. Upon the expiration of fourteen (14) days without the filing of a counter-affidavit by the debtor disputing the fact of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

☐ The strict compliance provision of this Order shall expire on _____.

Case No.: 24-50516-MJK
Page 3

☒ Other provisions:

a) Deere is permitted to enter upon the real property located at 5938 State Route 7S, Gallipolis, Ohio, for the purposes of recovering the Deere Collateral. Deere's agents shall announce their identity, purpose, and authority upon demanding possession of the Deere Collateral. If the Deere Collateral is not voluntarily delivered, Deere's agents may cause any building or enclosure where the Deere Collateral may be located to be broken open in such manner as will cause the least damage. Deere's agents will secure the building or enclosure in much the same manner as it was secured prior to their entry to locate the Deere Collateral.

b) The Indebtedness, as shown on Deere's Claim 4-1, shall be the allowed deficiency amount unless and until the Deere Collateral is located and liquidated. Deere shall have 60 days after liquidation of the Deere Collateral to file an amended claim for the deficiency. The Trustee shall continue distributions on Deere's Claim 4-1 pending the filing of an amended claim for the deficiency if the Deere Collateral is located and liquidated.

c) This Order shall become effective immediately upon its entry, and there shall be no fourteen-day stay period.

NOTE TO COUNSEL: THE COURT REQUIRES ANY FORM MODIFICATIONS AND/OR NONCONFORMING TERMS TO BE PLACED IN THE "OTHER PROVISIONS" SECTION ABOVE, OR ON A SEPARATE PAGE.

[END OF DOCUMENT]

| Attorney for Movant | Attorney for Respondent/Debtor | Debtor | Trustee |
|---|---|---|---|
| Jennifer M. Guerra | John T. Bolden | | |
| Name (print) | Name (print) | Name (print) | Name (print) |
| 588202 | 996780 | | |
| GA Bar No. | GA Bar No. | | GA Bar No. |

Kathryn S. Kasper
Georgia Bar No. 625205
Office of the Chapter 13 Trustee
P.O. Box 1717
Brunswick, GA 31521
(912) 466-9787
kkasper@ch13bwk.com

| Prepared by: | s/Jennifer M. Guerra |
|---|---|
| Attorney Name | Jennifer M. Guerra |
| Attorney for | Deere & Company |
| Bar Number | 588202 |
| Address | 303 Peachtree Street, N.E., Ste 2800 |
| City, St, Zip | Atlanta, GA 30308 |
| Telephone | 404-739-8800 |
| Email | jguerra@stites.com |

GASB-55e [eOrders Format Revision 04/24]