# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

IN THE MATTER OF:

Glendine Maddox
2306 Eastover Drive
Waycross, GA 31501
SSN: XXX-XX-4974

Debtor(s)

Chapter 13
Case No. 24-50516-MJK

## MOTION TO DISMISS

COMES NOW, M. Elaina Massey, Chapter 13 Trustee and shows that the above-named debtor is in default under the terms of his proposed Chapter 13 plan in the amount and as of the date shown below:

Amount of Default: $374.00
As of: December 16, 2025
Date of Last Payment: September 08, 2025

WHEREFORE, said Trustee moves to dismiss the case for failure to make promised payments of $125.00 MONTHLY.

RESPECTFULLY SUBMITTED this Tuesday, December 16, 2025

/s / M. Elaina Massey
M. Elaina Massey
Chapter 13 Trustee
Georgia Bar No. 016118

## NOTICE ON MOTION TO DISMISS

Pursuant to direction by the Court, notice is hereby given that unless the debtor pays the arrearage in full or requests a hearing in writing showing good cause concerning this motion within twenty one (21) days of the date shown below, the case shall be dismissed. *COUNSEL IS ADVISED TO COMPLY WITH BANKRUPTCY RULE 9011 IN FILING ANY SUCH REQUEST.*

The undersigned hereby certifies that copies of this motion and notice have been forwarded by first-class mail, postage prepaid, to the above-named debtor(s) and by notice of electronic filing for the following Filing Users on Tuesday, 16 December, 2025.

cc: John T. Bolden
Bolden & Little Llc
319 Albany Ave
Waycross, GA 31501

/s / M. Elaina Massey
M. Elaina Massey
Chapter 13 Trustee

TCD