# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Glendine Maddox,**  
　Debtor.

Case No.:  24−50516−MJK

Judge:   Michele J Kim

Chapter:   13

### *ORDER DISMISSING CASE*

The Chapter 13 Trustee, having filed a Motion to Dismiss the captioned case, and Debtor(s) having shown no sufficient cause why such relief should not be granted,

IT IS HEREBY ORDERED that said case is dismissed by reason of Debtor's material default in the performance of the confirmed plan.

All stays are lifted and creditors are at liberty to pursue their legal remedies.



Michele J Kim  
United States Bankruptcy Judge  
801 Gloucester St, Rm 314  
Brunswick, GA 31520

Dated: **January 20, 2026**

*13−07[Rev. 02/25]* **RED**